IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MIGUEL QUINONES

        Petitioner,

v.                                                   CIVIL ACTION NO. 2:18-cv-00605
                                                      (Criminal No. 2:16-cr-00116)

UNITED STATES OF AMERICA,

        Respondent.

## ORDER

This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On January 9, 2020, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations [ECF No. 123] ("PF&R"), recommending that this court **DENY** Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [ECF No. 108] and **REMOVE** this matter from the court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Movant's Motion [ECF No. 108] and **REMOVES** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 24, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE